```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Wilson,

                  Plaintiff,

      –v–

Long Island Railroad Company,

                  Defendant.

19-cv-11231 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because the above-captioned case has been referred to Judge Aaron for general pretrial management, the initial pretrial conference currently scheduled for May 1, 2020, is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 17, 2020
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge